NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC HEALTH SYSTEM, INC., AHS HOSPITAL CORP., and ATLANTIC AMBULANCE CORP., | Hon. Garrett E. Brown, Jr. |
| Plaintiffs, | Civil Action No. 08-1661 (GEB) |
| v. | **ORDER** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a member company of American International Group and AMERICAN INTERNATIONAL GROUP, individually, | |
| Defendants. | |

This matter having come before the Court on the cross motions for summary judgment (Doc. Nos. 65, 72) filed by Plaintiffs Atlantic Health Systems, Inc., AHS Hospital Corp., and Atlantic Ambulance Corp. (collectively "AHS") and Defendants National Union Fire Insurance Company of Pittsburgh, PA and American International Group; and the Court having considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons stated in the accompanying Memorandum Opinion;

IT IS THIS 11th day of April, 2011,

ORDERED that AHS's motion (Doc. No. 72) is DENIED and Defendants' motion (Doc. No. 65) is GRANTED, such that JUDGMENT is ENTERED in favor of Defendants and against AHS on both counts of Plaintiffs' Complaint.

The Clerk shall mark this matter CLOSED.

                                                                          S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court